**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Randy & Linda Thomas | ) | Bankruptcy No. 09 B 33933 |
| | ) | Chapter 11 |
| Debtor | ) | Judge A. Benjamin Goldgar |
| | ) | |

To:    See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **March 30, 2011,** at the hour of 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable A. Benjamin Goldgar in Courtroom 613 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion to Close Chapter 11 Case**, a copy of which is hereby served upon you.  You may appear if you so choose.

David P. Lloyd
Grochocinski, Grochocinski and Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
(708) 226-2700
Fax:  (708) 226-9030

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, or by first class mail by depositing with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 25th day of February, 2011.

_____/s/ David P. Lloyd_____
David P. Lloyd

**Randy & Linda Thomas**
**09 B 33933**
**Service List**

United States Trustee
219 S. Dearborn St.
Suite 800
Chicago IL  60603

First Community Bank
c/o Deborah K. Ebner
11 E. Adams St., Suite 800
Chicago IL  60603

The Private Bank
c/o Scott E. Jensen
Murray, Jensen & Wilson, Ltd.
101 N. Wacker Dr., Suite 101
Chicago IL  60606

Capital One Bank (USA), N.A.
c/o Tsys Debt Management (TDM)
P.O. Box 5155
Norcross GA  30091

Wells Fargo
Payment Remittance  Center
P.O. Box 54349
Los Angeles CA  90054-0349

Wells Fargo Bank, N.A.
MAC #S4101-08C
100 W. Washington
Phoenix AZ  85003

Wells Fargo Bank, N.A.
c/o Pierce & Associates
1 N. Dearborn, Suite 1300
Chicago IL  60602

JPMorgan Chase Bank NA
National Payment Services
P.O. Box 24785
Columbus OH  43224

James & Denise Maffeo
c/o Vince G. Portlock
323 Springfield Av.
Joliet IL  60435

Capital One
P.O. Box 6492
Carol Stream IL  60197-6492

Chase
P.O. Box 155298
Wilmington DE  19850-5298

CBC Innovis
c/o James, Stevens, & Daniels
1283 College Park Dr.
Dover DE 19904-8712

Chase Bank USA, N.A.
P.O. Box 15145
Wilmington DE  19850-5145

Citi
Box 6000
The Lakes NV  89163-6000

Dell Financial Services
P.O. Box 81577
AustinTX  78708-1577

Discover Card
P.O. Box 30943
Salt Lake City UT  84130

Discover Bank
DFS Services LLC
P.O. Box 3025
New Albany OH  43054-3025

GMAC
P.O. Box 130424
Roseville MN  55113

Express Signs & Light Maintenance
212 Amendodge Dr.
Shorewood IL  60404

Excellence of Illinois Corp.
c/o David W. Schopp
316 N. Lake St., Suite 202
Aurora IL  60506

First Midwest Bank
One Pierce Place
Suite 1500
Itasca IL  60143

First Midwest Bank
Loan Operations Center
P.O. Box 9003
Gurnee IL  60031-9003

Gary J. Fernandez & Associates, Ltd.
1200 Roosevelt Rd.
Suite 150
Glen Ellyn IL  60137

Home Depot Credit Services
P.O. Box 689100
Des Moines IA  50368-9100

Perma-Seal
c/o T.A.C. Collections, Inc.
401 N. Michigan Av., Suite 1200
Chicago IL  60611

Provena St. Joseph Medical Center
75 Remittance Dr., Suite 1366
Chicago IL  60675-1366

Rathbun, Cservenyak & Kozol, LLC
3260 Executive Drive
Joliet IL  60431

Timothy Whelan Law Associates, Ltd.
1200 Roosevelt Rd., Suite 150
Glen Ellyn IL  60137

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Randy & Linda Thomas | ) | Bankruptcy No. 09 B 33933 |
| | ) | Chapter 11 |
| Debtor | ) | Judge A. Benjamin Goldgar |
| | ) | |

## MOTION FOR ENTRY OF FINAL DECREE

NOW COME the Debtors, Randy and Linda Thomas, by and through their attorneys, Grochocinski, Grochocinski and Lloyd, Ltd., and move this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtors filed a voluntary Chapter 11 petition on September 14, 2009. The Debtor's Plan was confirmed on December 8, 2010. The Plan provides for payment of a 5% dividend to general unsecured creditors over a five-year period, and modification of certain secured claims that will be amortized over a 30-years period but with balloon payments due in three years or five years.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. The initial payment to general unsecured creditors has been made pursuant to the confirmed Plan.

4. Evidence of the payments of the above are set forth on the attached exhibit.

5. Said payments constitute substantial consummation of the confirmed Plan and this case should now be closed.

6. Pursuant to Section 1141(d)(5)(A) of the Bankruptcy Code, the Debtor will not be entitled to a discharge until completion of all payments under the Plan. However, judicial economy

will not be served by keeping this case open until the five-year period for paying general unsecured claims has passed. In addition, the Debtor should not be required to make quarterly payments to the United States Trustee during the five-year period, in which no action will be required by the Debtor, the Court, or the United States Trustee.

      7. The case should be closed in the interest of the Court and all parties, with leave to reopen the case upon completion of payments for the entry of a discharge.

      WHEREFORE the Debtor prays that the Court direct the Clerk of the Court to close the case, with leave to reopen the case without payment of a reopening fee for the sole purpose of entering a discharge upon completion of all payments to general unsecured creditors under the confirmed Plan, or otherwise as provided by Section 1141(d)(5).

      Respectfully submitted,
      Randy and Linda Thomas

      By:____/s/ David P. Lloyd_____
           One of their attorneys

David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
708-226-2700
Fax:  708-226-9030