UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 09-33933
Randy & Linda Thomas )
)
) Chapter: 11
)
) Honorable A. Benjamin Goldgar
)
Debtor(s) )

**FINAL DECREE**

THIS CAUSE coming on to be heard on the Debtors' motion to close case, due notice having been given to all parties in interest, and the Court being advised in the premises;

IT IS HEREBY ORDERED:

1. A final decree is hereby entered.

2. This Chapter 11 case is closed.

3. The Debtors are granted leave to reopen this Chapter 11 case ~~without payment of a reopening fee~~, in order to obtain their discharge after plan payments to unsecured creditors are complete.

4. THE DEBTORS SHALL FORTHWITH PAY THE UNITED STATES TRUSTEE THE SUM OF $975.00, THAT AMOUNT BEING OWED PURSUANT TO 28 USC § 1930 AND, IF APPLICABLE, ANY ACCRUED INTEREST ON THAT AMOUNT OWED PURSUANT TO 31 USC § 3717, AND THE COURT RETAINS JURISDICTION TO ENFORCE COLLECTION OF SAME.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 30 MAR 2011

**Prepared by counsel of Movant:**

David P. Lloyd
Grochocinski, Grochocinski &
Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
708-226-2700
Fax: 708-226-9030

Rev: 20101008_bko